Ex. C-5



M/V COSCO HAIFA
AND/OR OWNERS/CHARTERERS

Chimbusco Americas Inc.
100 Lighting Way,
Seacaucus, USA-NJ 07094
United States

PORT: HOUSTON
YOUR REFERENCE:

TAX INVOICE

DATE OF INVOICE : 01. November 2014

INVOICE NO : 197-1411005

ORDER NO. : 197-19225

DATE OF SUPPLY : 01. November 2014

DUE DATE : 30. November 2014

| Quantity supplied | Quality/description | Price/per | | Invoice amount |
|---|---|---|---|---|
| 1,700.810 MT | Fueloil 500 CST 3,5% | 473.00 | MT | 804,483.13 |
| 148.440 MT | Gasoil 0,1% | 859.00 | MT | 127,509.96 |
| 1.000 LPS | LUST tax | 46.34 | LPS | 46.34 |
| 1.000 LPS | Oil spill tax | 88.05 | LPS | 88.05 |
| 1.000 LPS | Harbour fee | 32.00 | LPS | 32.00 |
| 1.000 LPS | Security Charges | 75.01 | LPS | 75.01 |
| 1.000 LPS | Wharfage | 510.24 | LPS | 510.24 |
| 1.000 LPS | Barging | 20,246.44 | LPS | 20,246.44 |

Total USD 952,991.17

EXCHANGE RATE : USD 1 = USD 1.0000
USD:
The prices are excl. all taxes and/or other fees.

**TERMS OF PAYMENT** 30 days from date of supply With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK: ING Bank N.V.

ACCOUNT: IBAN: NL95 INGB 0020 1182 44
IBAN: NL58 INGB 0651 3629 97

SWIFT: INGBNL2A

USD and all other currencies
EUR

O.W. BUNKER FAR EAST (S) PTE. LTD.
(Provisional Liquidators appointed on 13 November 2014)
(Receivers appointed on 12 November 2014 and 14 November 2014)
(Liquidators appointed on 9 February 2015)
300 Beach Road
#32-01/03, The Concourse
SINGAPORE 199555

Phone: +65 631 70 000
Fax: +65 639 81 270

Telex: 051-9407 6641
Cables: OWBUNKER
E-Mail: wwsingapore@owbunker.com.sg
Internet: http://www.owbunker.com

Per telegraphic transfer directly to our account without deduction
of bank charges which are for buyers account.

Co. Reg. No: 199201808K
GST Reg. No: M2-0106089-3

Cosco 0009



M/V COSCO VENICE  
AND/OR OWNERS/CHARTERERS

Chimbusco Americas Inc.  
100 Lighting Way.  
Seacaucus, USA-NJ 07094  
United States

TAX INVOICE

DATE OF INVOICE : 27. October 2014  
INVOICE NO : 197-1410106  
ORDER NO. : 197-19199  
DATE OF SUPPLY : 27. October 2014  
DUE DATE : 25. November 2014

PORT: HOUSTON  
YOUR REFERENCE:

| Quantity supplied | Quality/description | Price/per | Invoice amount |
|---|---|---|---|
| 1.690,230 MT | Fueloil 500 CST 3.5% | 475.50 MT | 803,704.37 |
| 148.630 MT | Gasoil 0.1% | 846.00 MT | 125,740.98 |
| 1.000 LPS | LUST tax | 46.41 LPS | 46.41 |
| 1.000 LPS | Oil spill tax | 88.18 LPS | 88.18 |
| 1.000 MT | Barging | 20,120.50 MT | 20,120.50 |
| 1.000 LPS | Security Charges | 74.54 LPS | 74.54 |
| 1.000 LPS | Wharfage | 507.07 LPS | 507.07 |
| 1.000 LPS | Harbour fee | 32.00 LPS | 32.00 |

*[handwritten: 8647.00  $953,99.77]*

Total USD 950,314.05

EXCHANGE RATE : USD 1 - USD 1.0000  
USD:  
The prices are excl. all taxes and/or other fees.

TERMS OF PAYMENT 30 days from date of supply. With value date not later than DUE DATE or previous working day when it is a holiday. In case of delays in payment interest will be charged in accordance with our valid General Terms and Conditions

BANK: ING Bank N.V.  
ACCOUNT: IBAN: NL95 INGB 0020 1182 44  
IBAN: NL58 INGB 0651 3629 97  

SWIFT: INGBNL2A

USD and all other currencies  
EUR

O.W. BUNKER FAR EAST (S) PTE. LTD. EAST  
300 Beach Road  
#32-01/05, The Concourse  
SINGAPORE 199555

Phone +65 631 70 600  
Fax +65 639 81 770

Telex 061-94076647  
Cables OWBUNKER  
E-Mail wwsingapore@owbunker.com.sg  
Internet http://www.owbunker.com

Cosco 0019  
Co Reg No 199701806K

Per telegraphic transfer directly to our account without deduction