Ex. C-8



# Invoice

**REMIT TO:**

O'ROURKE MARINE SERVICES

P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

www.orpp.com

| | |
|---|---|
| Page: | 1 |
| Invoice Number: | 25467R |
| Invoice Date: | 11/1/2014 |
| Invoice Due Date: | 11/6/2014 |
| Ship Date: | 11/1/2014 |
| Order Number: | 25467R |
| Order Date: | 10/30/2014 |
| Salesperson: | M104 |
| Customer Number: | OWB100M |

**Sold To:**
O.W. BUNKER USA INC.
2603 AUGUSTA DR, STE 440
HOUSTON, TX 77057
(281) 946-2300

**Confirm To:**

**Ship To:**
O.W. BUNKER USA INC.
MIDSTREAM
GALVESTON, TX

| Customer P.O. | Terms | Area & Block | Rig Vessel Name | Meter Ticket No. |
|---|---|---|---|---|
| 172-13222 | ACH NET 5 DAYS | | COSCO HAIFA | |

| Item Number | Description | UOM | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 104 | DMA-ISO 8217-2010 DIESEL FUEL | Metric Tons | 148.44 | 824.06 | 122,323.46 |

| | |
|---|---:|
| FEDERAL LUST FEE | 46.34 |
| FEDERAL OIL SPILL FEE | 88.05 |
| | 122,457.85 |

**Always fulfilling our brand promise to you**
**Safe. FAST. Efficient.**

Invoice Total: 122,457.85

**ACH/WIRE TRANSFER INFORMATION:**
JP Morgan Chase Bank,
Houston, Texas 77002
ABA Routing #: 111000614 (ACH ONLY)
ABA Routing #: 021000021 (WIRE ONLY)
Account #: 00708101902

THANK YOU FOR YOUR BUSINESS

Doc. No. 13 of 164

**REMIT TO:**



P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

www.orpp.com

**Invoice**

Page: 1

Invoice Number: 25394R
Invoice Date: 10/31/2014
Invoice Due Date: 11/5/2014
Ship Date: 10/31/2014
Order Number: 25394R
Order Date: 10/31/2014
Salesperson: M104
Customer Number: OWB100M

Sold To:
O.W. BUNKER USA INC.
2603 AUGUSTA DR, STE 440
HOUSTON, TX 77057
(281) 946-2300

Confirm To:

Ship To:
O.W. BUNKER USA INC.
MIDSTREAM
GALVESTON, TX

| Customer P.O. | Terms | Area & Block | Rig Vessel Name | Meter Ticket No. |
|---|---|---|---|---|
| 172-13177 | ACH NET 5 DAYS | | COSCO VENICE | |

| Item Number | Description | UOM | Quantity | Unit Price | Ext Price |
|---|---|---|---|---|---|
| 104 | DMA-ISO 8217-2010 DIESEL FUEL | Metric Tons | 150.00 | 807.74 | 121,161.68 |
| | FEDERAL LUST FEE | | | | 46.41 |
| | FEDERAL OIL SPILL FEE | | | | 88.18 |
| | | | | | 121,296.27 |

**Always fulfilling our brand promise to you
Safe. FAST. Efficient.**

Invoice Total: 121,296.27

ACH/WIRE TRANSFER INFORMATION:
JP Morgan Chase Bank,
Houston, Texas 77002
ABA Routing #: 111000614 (ACH ONLY)
ABA Routing #: 021000021 (WIRE ONLY)
Account #: 00708101902

THANK YOU FOR YOUR BUSINESS

Doc. No. 8 of 164